```
WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
LINDA S. ORDINIO-DIXON   SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657
```

*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 10 3826

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>UNITED COUNCIL OF HUMAN SERVICES,<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and national origin/race discrimination, and to provide appropriate relief to Tanya Thompson who was adversely affected by such practices. As set forth in this Complaint, Plaintiff alleges that Tanya Thompson was denied promotion and discharged on account of her national origin/race and on account of her sex.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §§ 706(f)(l) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(l) and (3) (Title VII) and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The unlawful employment practices alleged herein were and are now being committed in the State of California, in the City of San Francisco, California, within the jurisdiction of the United States District Court for the Northern District of California. Venue is therefore proper in the United States District Court for the Northern District of California.

## PARTIES

3. Plaintiff, the U. S Equal Employment Opportunity Commission (EEOC or Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §§ 706(f)(l) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(l) and (3).

4. Defendant United Council of Human Services (UCHR) is a non-profit §501c charitable organization doing business in the State of California, in the City and County of San Francisco, and has continuously had at least 15 employees.

5. At all relevant times, Defendant UCHR has continuously been an employer engaged in an industry affecting commerce, within the meaning of §§ 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

## FIRST CLAIM FOR RELIEF

### Violation of Title VII: National Origin/Race/Sex — Denial of Promotion

6. More than thirty days prior to the institution of this lawsuit, Tanya Thompson filed a charge with the Commission alleging violations of Title VII by Defendant. The Commission, on December 21, 2009, issued a Letter of Determination finding that Tanya Thompson was subjected to unlawful employment discrimination based upon her national origin/race (Pacific Islander/Samoan), and on account of her sex, female. Prior to instituting this lawsuit, the Commission attempted to eliminate the unlawful employment practices herein alleged and to effect voluntary compliance with Title VII through informal methods of conciliation, conference, and persuasion within the meaning of §706(b) of Title VII, 42 U.S.C. §§ 2000e-5(b) and 2000e-6. Defendant refused to conciliate. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Defendant has engaged in unlawful employment practices in violation of §703 of Title VII, 42 U.S.C §2000e-2, by denying Tanya Thompson, a female (pregnant) and Pacific Islander/Samoan, promotion to the vacant position of Peer Advisor Supervisor for which she was highly qualified. Defendant instead promoted a less qualified African American male on or about April 2007.

8. The effect of the practices complained of in paragraph 7, above, has been to deprive Tanya Thompson of equal employment opportunities and otherwise adversely affect her status as an employee because of her national origin /race (Pacific Islander/Samoan), and her sex.

9. The unlawful employment practices complained of in paragraph 7, above, were and are intentional and caused Tanya Thompson to suffer emotional distress.

10. The unlawful employment practices complained of in paragraph 7, above, were and are being done with malice or with reckless indifference to the federally protected rights of Tanya Thompson.

## SECOND CLAIM FOR RELIEF

### Violation of Title VII: National Origin/Race/Sex – Discharge

11. Plaintiff Commission hereby incorporates the allegations of paragraphs 1 through 6, above, as though fully set forth herein.

12. In June, 2007, following a short period of maternity leave that had been approved by Defendant's management, Ms. Thompson made multiple attempts to be scheduled to return to work. The efforts were repeatedly rebuffed. Soon thereafter, Ms. Thompson was discharged on pretextual grounds. Ms. Thompson was replaced by a male employee. Defendant UCHS has engaged in unlawful employment practices in violation of §703 of Title VII, 42 U.S.C. §2000e-2 by taking adverse employment action against Tanya Thompson, by discharging her from employment on account of her national origin/race and sex, female.

13. The effect of the actions complained of in paragraph 12, above, has been to deprive Tanya Thompson of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

COMPLAINT – JURY TRIAL DEMAND                                3

1  14. The unlawful employment practices complained of in paragraph 12, above, were and are intentional and caused Tanya Thompson to suffer emotional distress.

15. The unlawful employment practices complained of in paragraph 12, above, were and are done with malice or with reckless indifference to the federally protected rights of Tanya Thompson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination against their employees, including discrimination based on national origin/race and sex.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit discrimination based on national origin/race and sex and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Tanya Thompson by providing appropriate back pay and benefits with prejudgment interest in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement and/or front pay and other relief to be determined at trial.

D. Order Defendant to make whole Tanya Thompson by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above, in amounts to be determined at trial.

E. Order Defendant to make whole Tanya Thompson by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, resulting from the unlawful practices complained of above in amounts to be determined at trial.

F. Order Defendant to pay Tanya Thompson punitive damages for its malicious and reckless conduct described above in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

COMPLAINT – JURY TRIAL DEMAND                                              4

1  H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Dated: 8/19/2010

P. DAVID LOPEZ
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 "L" Street, N. W.
Washington, D.C. 20507

By: /S/ William R. Tamayo
     WILLIAM R. TAMAYO
     Regional Attorney
     U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION
     San Francisco District Office

By: /S/ Jonathan S. Peck
     JONATHAN S. PECK
     Supervisory Trial Attorney
     U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION
     San Francisco District Office

By: /S/ Linda S. Ordonio Dixon
     LINDA S. ORDINIO DIXON
     Senior Trial Attorney
     U.S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION
     San Francisco District Office