**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK, #12303 (VA)**
**LINDA S. ORDONIO-DIXON   SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Fax No. (415) 625-5657

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br>v.<br><br>**UNITED COUNCIL OF HUMAN SERVICES,**<br><br>Defendant. | **CIVIL ACTION NO. 10-cv-03826 BZ**<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant United Council of Human Services hereby request an extension of the case management hearing and related deadlines set out in this Court's "Order Setting Initial Caes Management Conference and ADR Deadlines" dated August 27, 2010. [Docket No. 3.] The Case Management Conference statement is currently due February 7, 2011 and the Scheduling Conference itself is scheduled for February 14, 2011.

Good cause exists for the granting of an extension as it will allow the parties to engage in meaningful settlement discussions prior to engaging in discovery and to avoid the cost of protracted litigation. The parties will contact the Court's ADR program to arrange for a mediation/settlement conference, hopefully to take place in February or March 2011. The conference cannot take place earlier due to the schedules of the attorneys. In particular, plaintiff's undersigned counsel will be out

1  of the country for approximately one month early in the year.

2  The parties have not previously requested any extensions in this case.

3  Based on the foregoing, the parties respectfully request that the Court extend the Case
4  Management dates as follows:

April 25, 2011

Scheduling Conference:  ~~April 11, 2010~~, 4:00 p.m., Crtrm G, 15th Flr.

Joint Scheduling Report Deadline/ Initial Disclosures: April 4, 2011

Respectfully submitted,

Dated:  January 4, 2011

By:  /S/ Linda S. Ordonio Dixon
     LINDA S. ORDONIO DIXON
     *Atty for Plaintiff EEOC*

By:  /S/Michael Farbstein
     MICHAEL FARBSTEIN
     *Atty for Defendant United Council*

IT IS SO ORDERED.

Dated:  1/5/2011

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Bernard Zimmerman]*

2

**MOT. TO CONT. CMC**
**10-CV-03826**