UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>UNITED COUNCIL OF HUMAN SERVICES,<br><br>　　　　Defendant(s). | No. C10-3826 BZ<br><br>**ORDER GRANTING TANYA THOMPSON'S MOTION TO INTERVENE** |

　　　Before the Court is a motion to intervene from Tanya Thompson, the claimant who initially filed the charge against the defendant with the EEOC.  Docket No. 14.  Under 42 U.S.C. § 2000e-5(f)(1), Thompson has the right to intervene in a civil action brought by the EEOC.  See <u>EEOC v. ABM Industries Inc.</u>, 249 F.R.D. 588, 590 (E.D. Cal. 2008).  Both the EEOC and defendant have filed statements of non-opposition to Thompson's motion.  **IT IS THEREFORE ORDERED** as follows:

　　　1.  The motion to intervene is **GRANTED**.  The hearing scheduled for May 18, 2011 is **VACATED**.

　　　2.  By no later than **May 6, 2011**, Thompson shall consent to or decline magistrate judge jurisdiction.  The form

to consent to or decline magistrate judge jurisdiction may be found on the Court's website at:

http://www.cand.uscourts.gov

Dated: April 18, 2011

                                              Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. UNITED COUNCIL OF HUMAN SVCS\ORDER GRANTING MOTION TO INTERVENE.wpd