UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED COUNCIL OF HUMAN SERVICES,<br><br>         Defendant.<br>_____/ | No. C 10-03826 BZ (LB)<br><br>**ORDER CONTINUING DEADLINE FOR FURTHER SETTLEMENT CONFERENCE** |

   The court held a settlement conference on December 6, 2011. The court then issued an order ordering the parties to carry out agreed-upon document exchanges and meet-and-confer processes. ECF No. 25. The court ordered that an attorneys-only telephone conference shall take place by December 23, 2011. *Id.* at 3. The court understands that the contemplated meeting with Mr. Lee did not take place and, accordingly, **CONTINUES** the deadline for the further settlement conference to January 16, 2012. Again, after the parties have produced the documents and calendared their telephone call with Mr. Lee, they shall contact courtroom deputy Lashanda Scott at 510-637-3525 for a further attorneys-only telephone settlement conference to take place by January 16, 2012. The parties should submit an updated, informal settlement conference email with only new information by 4 p.m. on the business day before the telephone conference to the court's proposed orders box at lbpo@cand.uscourts.gov. Ms. Thompson and Ms. Westbrook should be available by telephone should the court or their attorneys need to contact them to schedule a further in-person settlement

C 10-03826 BZ (LB)
ORDER

1 conference. If the parties have any difficulties accomplishing the agreements, they may contact Ms.
2 Scott at 510-637-3525 or the court at 510-637-3324 to arrange an interim telephone call.

3 **IT IS SO ORDERED.**

4 Dated: December 22, 2011

_____
LAUREL BEELER
United States Magistrate Judge