

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office

350 The Embarcadero, Suite 500
San Francisco, CA  94105

Main line:  (415) 625-5602
TTY (415) 625-5610
FAX (415) 625-5609

Writer's Direct Dial:  (415) 625-5654
Writer's Email: Linda.Ordonio-Dixon@eeoc.gov

January 18, 2012

Hon. Laurel Beeler
Magistrate Judge
Courtroom 4, 3rd Floor
U.S. District Court
Northern District of California – Oakland
1301 Clay Street, Oakland, CA  94612

      RE:    *EEOC/Thompson v. United Council of Human Services*
               Case No. 10-cv-03826 BZ
               Continuation of Settlement Conference

Dear Judge Beeler:

This letter is written on behalf of all parties to this lawsuit.  The Court's Order dated December 22, 2011, requires the parties to schedule an attorneys only settlement conference via teleconference.  However, the parties believe that conducting the conference in-person with all parties present will allow for more fruitful settlement negotiations.  It is the parties' understanding that the Court is presently available for such a conference on January 31, 2012.  In view of the foregoing, the parties respectfully request that the settlement conference be held in person with all parties present on January 31, 2012.  The parties would email supplemental settlement statements to the Court no later than January 24, 2012.

Respectfully submitted,


LINDA ORDONIO-DIXON

Date: January 19, 2012

The settlement conference is set for January 31, 2012 at 9:30 a.m. The supplemental settlement statements due no later than 1/26/2012 at noon and emailed to the court's order box at lbpo@cand.uscourts.gov.


APPROVED
Judge Laurel Beeler