UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC,<br><br>       Plaintiff(s),<br><br>  v.<br><br>UNITED COUNCIL OF HUMAN SERVICES,<br><br>       Defendant(s). | No. C10-3826 BZ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 5, 2012

                                                Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. UNITED COUNCIL OF HUMAN SVCS\CONDITIONAL DISMISSAL ORDER.wpd

1