UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC, ) | |
| ) | |
| Plaintiff(s), ) | No. C10-3826 BZ |
| ) | |
| v. ) | |
| ) | **ORDER OF CONDITIONAL** |
| UNITED COUNCIL OF HUMAN ) | **DISMISSAL** |
| SERVICES, ) | |
| ) | |
| Defendant(s). ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: March 5, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\EEOC V. UNITED COUNCIL OF HUMAN SVCS\CONDITIONAL DISMISSAL ORDER.wpd

1